UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREA PRICHETT; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> Attorney General ROB BONTA, in his official capacity; et al., <br><br> Defendants - Appellees. | No. 26-10 <br><br> D.C. No. 5:25-cv-09443-NW <br> Northern District of California, San Jose <br><br> ORDER |

The motion (Docket Entry No. 7) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT